IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LINDELL Y. MILLER,**<br><br>**Plaintiff,**<br>**v.**<br><br>**CITY OF STOCKBRIDGE GOVERNMENT,**<br><br>**Defendant.** | **CIVIL ACTION FILE NO.:**<br><br>**1:23-cv-04022-MHC-JEM** |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties to the above-entitled matter, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action with prejudice, each party to pay its own fees, expenses, and costs.

Respectfully submitted this 19th day of December, 2025.


**Bennett Sills MacInnes LLC**

*<u>/s/ Alexander C. MacInnes</u>*
Alexander C. MacInnes
Georgia Bar No. 106163
11090 Serenbe Lane, Suite 200D
Chattahoochee Hills, Georgia 30268
(404) 472-6386 (telephone)
(404) 806-9223 (facsimile)
Email: alec@bennettsills.com
***Attorney for Plaintiff Lindell Miller***

**Lewis Brisbois Bisgaard & Smith LLP**

*<u>/s/ Timothy M. Boughey</u>*
Timothy M. Boughey
Georgia Bar No. 832112
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
(404) 567-6589 (telephone)
(404) 467-8845 (facsimile)
timothy.boughey@lewisbrisbois.com
***Attorney for Defendant City of Stockbridge, Georgia***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of December, 2025, a true and exact copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system and will provide notice to all counsel of record.

Respectfully submitted this 19th day of December, 2025.

**Bennett Sills MacInnes LLC**

*/s/ Alexander C. MacInnes*
Alexander C. MacInnes
Georgia Bar No. 106163
11090 Serenbe Lane, Suite 200D
Chattahoochee Hills, Georgia 30268
(404) 472-6386 (telephone)
(404) 806-9223 (facsimile)
Email: alec@bennettsills.com
***Attorney for Plaintiff Lindell Miller***